Approved: _____
NI QIAN
Assistant United States Attorney

Before:   THE HONORABLE ONA T. WANG
          United States Magistrate Judge
          Southern District of New York

**19MAG 1751**

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :   **SEALED COMPLAINT**
                                :
     - v. -                     :   Violation of 8 U.S.C.
                                :   §§ 1326(a) and (b)(1)
MODESTO ANTONIO MARTINEZ-LOPEZ, :
     a/k/a "Ramon Mayi,"        :   COUNTY OF OFFENSE:
     a/k/a "Ramon May,"         :   NEW YORK
     a/k/a "Ivan O Soto,"       :
                                :
                    Defendant.  :
                                :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

BRIAN FIGUREIDO, being duly sworn, deposes and says that he is a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and charges as follows:

**COUNT ONE**
(Illegal Re-entry)

1.   From at least on or about October 16, 2018, in the Southern District of New York and elsewhere, MODESTO ANTONIO MARTINEZ-LOPEZ, a/k/a "Ramon Mayi," a/k/a "Ramon May," a/k/a "Ivan O Soto," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

2

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am an officer with the United States Department of Homeland Security, ICE, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses and others, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based upon my review of records maintained by ICE regarding MODESTO ANTONIO MARTINEZ-LOPEZ, a/k/a "Ramon Mayi," a/k/a "Ramon May," a/k/a "Ivan O Soto," the defendant, I have learned, among other things, the following:

   a. MARTINEZ-LOPEZ is a native and citizen of the Dominican Republic and is not and has never been a citizen of the United States.

   b. MARTINEZ-LOPEZ has been arrested under multiple names and was fingerprinted in connection with several of these arrests, as described below and in subparagraph j.

   c. On or about May 3, 1994, MARTINEZ-LOPEZ, using the name "Ramon May," pleaded guilty in New York County Supreme Court to criminal sale of a controlled substance in the fifth degree, a felony in violation of New York Penal Law 220.31 (the "1994 Conviction"), for which he was sentenced to five years of probation.

   d. On or about July 26, 1999, MARTINEZ-LOPEZ, using the name "Ivan O Soto," pleaded guilty in Bronx County Criminal Court to attempted criminal mischief in the fourth degree, a misdemeanor in violation of New York Penal Law 145.00 (the "1999 Conviction"), for which he was sentenced to conditional discharge and restitution.

   e. On or about June 3, 2002, MARTINEZ-LOPEZ was apprehended at the port of entry at or around Mayaguez, Puerto

3

Rico. MARTINEZ-LOPEZ admitted to attempting to enter the United States with fraudulent documents in the name of "Soto, Ivan," rendering him inadmissible under 8 U.S.C. § 1182(a)(6)(C)(i). MARTINEZ-LOPEZ, however, gave his name as "Ramon Mayi." As "Ramon Mayi," MARTINEZ-LOPEZ did not claim asylum and he was removed on the same day pursuant to an administrative Order of Removal without a hearing before an immigration judge pursuant to 8 U.S.C. § 1225(b)(1)(A)(i) (the "2002 Removal").

                f. On or about November 9, 2010, MARTINEZ-LOPEZ, using the name "Ramon Mayi," was indicted by a grand jury of illegal reentry, in violation of 8 U.S.C. § 1326(a), and an arrest warrant was issued (the "2010 Arrest Warrant").

                g. On or about October 13, 2011, MARTINEZ-LOPEZ was apprehended by the United States Department of Homeland Security, Customs and Border Protection, in or near Brownsville, Texas. MARTINEZ-LOPEZ was charged with illegal reentry, in violation of 8 U.S.C. § 1326(a). On or about December 7, 2011, MARTINEZ-LOPEZ plead guilty to improper entry, in violation of 8 U.S.C. § 1325(a), for which he was sentenced to time served (the "2011 Conviction").

                h. Following MARTINEZ-LOPEZ's release, he was extradited to New York, New York, pursuant to the outstanding 2010 Arrest Warrant for "Ramon Mayi." On or about March 26, 2012, MARTINEZ-LOPEZ, using the name "Ramon Mayi," pled guilty to illegal reentry, in violation of 8 U.S.C. § 1326(a), for which he was sentenced to five months' imprisonment.

                i. On or about June 28, 2012, MARTINEZ-LOPEZ was removed from the United States upon the reinstatement of the prior 2002 removal order (the "2012 Removal").

                j. I have reviewed a report prepared by a trained fingerprint examiner working for ICE who reviewed the fingerprint impression taken of "Ramon May" on or about April 28, 1992 by the NYPD in connection with his arrest resulting in the 1994 Conviction, and compared those fingerprint impressions with the fingerprint impressions taken of "Ramon Mayi" in connection with the 2002 Removal, with the fingerprint impressions taken of "Ramon Mayi" in connection with his transfer to New York pursuant to the 2010 Arrest Warrant after completing the sentence imposed for the 2011 Conviction of MARTINEZ-LOPEZ. The fingerprint impressions came back to one and the same individual, MODESTO ANTONIO MARTINEZ-LOPEZ, a/k/a

4

"Ramon Mayi," a/k/a "Ramon May," a/k/a "Ivan O Soto," the defendant.

4. Based upon my participation in the investigation, I have learned, among other things, the following:

a. In or about 2017, I received information that MARTINEZ-LOPEZ may be back in the United States, and may be working at a fruit stand in Manhattan, New York. I alerted the New York City Police Department ("NYPD") to this fact, and sent them a photo of MARTINEZ-LOPEZ obtained from a photo posted on the Facebook page of "Anthony Martinez," whom I believe to be MARTINEZ-LOPEZ based on a comparison of the pictures posted on the Facebook page of "Anthony Martinez" and the photos of MARTINEZ-LOPEZ taken in connection with the 1999 Conviction and the 2011 Conviction.

b. In or around October 2018, an NYPD officer identified a man near a fruit stand in the vicinity of 181st Street between Amsterdam Avenue and Broadway Avenue in Manhattan, New York, who appeared to be MARTINEZ-LOPEZ.

c. ICE has performed searches of all relevant ICE indices and confirmed that, following the 2002 Removal, MARTINEZ-LOPEZ never obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission to the United States.

5. Based upon my experience with ICE, I understand that the 1994 Conviction for criminal sale of a controlled substance in the fifth degree, in violation of New York Penal Code 220.31, qualifies as a felony conviction within the meaning of Section 1326(b)(1) of Title 8 of the United States Code.

5

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of MODESTO ANTONIO MARTINEZ-LOPEZ, a/k/a "Ramon Mayi," a/k/a "Ramon May," a/k/a "Ivan O Soto," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

_____
BRIAN FIGUREIDO
Deportation Officer
Department of Homeland Security

Sworn to before me this
21 day of February, 2019

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK